Marcelo Gondim, SBN 271302
Gondim Law Corp.
1880 Century Park E, Suite 400
Los Angeles, CA 90067
Telephone: 323-282-7770
Email: court@gondim-law.com
Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA AUGUSTA HETZEL SILVA, ET AL<br><br>Plaintiff,<br><br>vs.<br><br>KRISTI NOEM, ET AL.<br><br>Defendants. | Case No.  3:25-cv-03515-AGS-BLM<br><br>**PLAINTIFFS' CERTIFICATION OF ATTEMPT TO PROVIDE NOTICE PER FED. R. CIV. P. 65 (A) AND (B)** |

Plaintiff filed this action on December 10, 2025, seeking declaratory relief and review of agency action under the Administrative Procedure Act. The undersigned counsel for Plaintiffs certifies that they have attempted to notice of this motion for a TRO to Defendants.

Pursuant to Federal Rules of Civil Procedure 65(a)-(b), Plaintiffs, by counsel, hereby certify the following attempts made to give notice to the adverse parties regarding the Plaintiffs' Motion for a Temporary Restraining Order:

1

1. **Initial Communication:**

    • **Date:** December 11, 2025.

    • **Method:** e-Mail.

    • **Details:** Plaintiffs' counsel notified Defendants' counsel by email through the email provided at the Docket, of intent to file a Motion for Temporary Restraining Order and Preliminary Injunction immediately.

    **Reasons for Not Requiring Notice:**

    Plaintiffs certify that they have made all reasonable efforts to provide notice to the Defendants as required by Rule 65(a) and (b). Immediate and irreparable injury will occur before Defendants can be heard in opposition. Lead Plaintiff faces scheduled USCIS adjustment-of-status interviews beginning on December 16, 2025, during which ICE has recently and repeatedly arrested similarly situated applicants at the same San Diego Field Office. Without immediate injunctive relief, Plaintiffs face imminent detention, loss of their statutory rights under INA § 245(a), and separation from their U.S.-citizen spouses.

    Providing full notice and awaiting a hearing would defeat the purpose of the requested relief. Any delay risks allowing ICE to arrest Plaintiffs at their interviews before the Court can intervene.

Given the extreme time sensitivity and imminent risk of arrest, Plaintiffs respectfully request that the Court issue a TRO without further notice to Defendants pursuant to Rule 65(b).

Therefore, Plaintiffs' counsel respectfully requests that the Court issue the Temporary Restraining Order without further notice to Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 11, 2025

Respectfully submitted,

Marcelo Gondim (SBN 271302)
Gondim Law Corp.
1880 Century Park E, Suite 400
Los Angeles, CA 90067
Telephone: 323-282-7770
Email: court@gondim-law.com
Counsel for Plaintiffs

Marcelo Gondim, SBN 271302
Gondim Law Corp.
1880 Century Park E, Suite 400
Los Angeles, CA 90067
Telephone: 323-282-7770
Email: court@gondim-law.com

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA AUGUSTA HETZEL SILVA, ET AL**<br><br>Plaintiff,<br><br>vs.<br><br>**KRISTI NOEM, ET AL.**<br><br>Defendants. | Case No. 3:25-cv-03515-AGS-BLM<br><br>**NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**<br><br>Fed. R. Civ. P. 65(a) and 65(b)<br><br>Location: Southern District of California<br>Judge: Hon. Andrew G. Schopler<br>Date Action Filed: 12/10/2025<br><br>Trial Date: Not Yet Set |

To Defendants and to their attorney(s) of record:

1

COMES NOW the Plaintiff, Patricia Augusta Hetzel Silva (hereinafter "Mrs. Augusta Hetzel Silva" and/or "Lead Plaintiff"), Mr. Jorge Roberto Cadilho da Silva Junior (hereinafter "Mr. Cadilho da Silva Junior" and/or "Plaintiff"), and Mr. Albino Granados Ramirez (hereinafter "Mr. Granados Ramirez" and/or "Plaintiff"), by and through their undersigned counsel, will and hereby do move the Court for a temporary restraining order and/or preliminary injunction pursuant to Rule 65(a) and 65 (b) of the Federal Rules of Civil Procedure.

Plaintiffs seek an order enjoining the Defendant, United States Citizenship and Immigration Services (USCIS), the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and any agents, employees, or representatives thereof, from arresting, detaining, or initiating removal proceedings against Plaintiffs at their scheduled I-485 interview, or at any other related USCIS proceeding, thereby allowing Plaintiffs to attend their interview safely, maintain lawful presence, and protect themselves from irreparable harm while this action remains pending. In support thereof, Plaintiffs state as follows:

1. Federal Rule of Civil Procedure 65 provides for the issuance of a temporary restraining order under circumstances such as exists in the present case, to be effective up to fourteen (14) days.

2. In support of this Motion, Plaintiffs submit the Affidavit of Marcelo Gondim, filed contemporaneously herewith, which sets forth the facts under penalty of

2

perjury. Plaintiff further submits the Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction, which addresses all necessary elements for the entry of such an order.

3. Plaintiffs filed an I-130 Petition for Alien Relative in August 2025 and concurrently filed an I-485 Application to Register Permanent Residence or Adjust Status. All plaintiffs have a mandatory interview scheduled.

4. Plaintiffs fear imminent arrest or detention by ICE at her USCIS interview based on their pending immigration status. Such enforcement would cause irreparable harm including: separation from family; exposure to detention and removal proceedings; financial and emotional distress to the family unit.

5. Plaintiffs have endeavored to give notice to Defendants of the filing of this Motion, the accompanying Memorandum, and the Affidavit. Notice has been provided to Defendants through mail, as described in the Certification of Notice filed contemporaneously herewith.

WHEREFORE, for the foregoing reasons and for those set forth in the Plaintiffs' Memorandum of Law and Affidavit, Plaintiffs respectfully move that the Court enter a Temporary Restraining Order:

(A) To enjoin Defendants, DHS, USCIS, and ICE from arresting, detaining, or initiating removal proceedings against Plaintiffs at their scheduled I-485 interview, or at any related USCIS proceeding;

3

(B) To set this matter for a hearing on Plaintiff's Motion for Preliminary Injunction at the Court's earliest convenience; and

(C) To grant any other relief the Court deems just and proper to prevent irreparable harm to Plaintiffs;

Respectfully submitted,

Dated: December 11, 2025

Marcelo Gondim (SBN 271302)
Gondim Law Corp.
1880 Century Park E, Suite 400
Los Angeles, CA 90067
Phone: (323) 282-7770
Email: Court@gondim-law.com

Counsel for Plaintiffs