Marcelo Gondim, SBN 271302
Gondim Law Corp.
1880 Century Park E, Suite 400
Los Angeles, CA 90067
Telephone: 323-282-7770
Email: court@gondim-law.com

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA AUGUSTA HETZEL SILVA, ET AL** <br><br> Plaintiff, <br><br> vs. <br><br> **KRISTI NOEM, ET AL.** <br><br> Defendants. | Case No. 3:25-cv-03515-AGS-BLM <br><br> **DECLARATION OF MARCELO GONDIM** <br><br> Fed. R. Civ. P. 65(a) and 65(b) <br><br> Location: Southern District of California <br> Judge: Hon. Andrew G. Schopler <br> Date Action Filed: 12/10/2025 <br><br> Trial Date: Not Yet Set |

I, Marcelo Gondim, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am counsel of record for Plaintiffs Patricia Augusta Hetzel Silva, Jorge Roberto Cadilho da Silva Junior, and Albino Granados Ramirez in this matter. I am the principal

1

attorney at Gondim Law Corp., located at 1880 Century Park East, Suite 400, Los Angeles, California 90067.

2. I make this declaration based on my personal knowledge, my review of the Plaintiffs' immigration files, my direct communications with each Plaintiff, and my knowledge of current developments within the San Diego USCIS Field Office and local ICE enforcement practices. If called to testify, I could and would competently testify to the facts stated herein.

3. I have been practicing immigration law for many years, and throughout my career, it has never been routine or expected for ICE to arrest adjustment-of-status applicants at their USCIS marriage-based interviews, particularly when those individuals are statutorily eligible to adjust under INA § 245(a).

4. Beginning around mid-November 2025, multiple immigration attorneys in the San Diego area, myself included, have observed or received firsthand reports that ICE has begun detaining individuals during or immediately after their adjustment interviews, despite their eligibility for adjustment and the absence of criminal history or enforcement triggers.

5. These arrests are occurring specifically at the San Diego USCIS Field Office, located at 1325 Front Street, San Diego, CA, where all three Plaintiffs are scheduled to appear for their interviews.

6. I am aware of multiple clients of other attorneys who were detained at this office and transported to a Detention Center, solely because they had previously

2

overstayed visas, despite having properly filed I-485 applications placing them in a period of authorized stay under federal regulations.

7. Based on my experience and recent events, I firmly believe that the risk of arrest for these Plaintiffs is immediate, serious, and credible.

8. I have personally reviewed and prepared all filings for Plaintiff Patricia Augusta Hetzel Silva, who is scheduled for her I-485 adjustment interview on December 16, 2025.

9. Mrs. Hetzel Silva is fully eligible for adjustment of status. She has no criminal history and has complied with all legal requirements. She resides with and depends on her U.S.-citizen spouse, with whom she shares a stable and established life in San Marcos, California.

10. If arrested at her interview, Mrs. Hetzel Silva would suffer immediate detention, likely at Otay Mesa; separation from her U.S.-citizen spouse; disruption of her pending application; and significant psychological, emotional, and financial harm. Detention would also jeopardize the viability of her adjustment application, causing a loss of her statutory right to pursue lawful permanent residence.

11. I have personally reviewed and prepared all filings for Plaintiff Jorge Roberto Cadilho da Silva Junior, who is scheduled for his adjustment interview on January 6, 2026, at 10:45 a.m.

12. Mr. Cadilho is likewise fully eligible for adjustment, has no criminal record, and resides with his U.S.-citizen spouse. He has expressed extreme anxiety about the

possibility of being arrested at the San Diego Field Office given the recent reports of identical arrests.

13. If detained, Mr. Cadilho would suffer irreparable harm, including forced separation from his wife, loss of status, loss of employment authorization, and the effective abandonment or denial of his pending adjustment application. In my professional opinion, detention would immediately destabilize his life, his marriage, and his legal position.

14. I am also the attorney of record for Plaintiff Albino Granados Ramirez, who is scheduled for his interview on January 6, 2026, at 12:30 p.m.

15. Mr. Granados is married to a U.S.-citizen spouse and is fully eligible to adjust status. He is deeply frightened about appearing at the interview because of the credible reports of arrests at the same office.

16. If arrested, Mr. Granados would suffer immediate and irreparable harm, including detention at Otay Mesa, separation from his spouse, the likely abandonment or disruption of his adjustment application, and severe hardship to his family and financial stability.

17. In my professional judgment, all three Plaintiffs face a substantial and immediate threat of being arrested if they attend their interviews as scheduled.

18. Such arrests would cause harms, loss of liberty, separation from their U.S.-citizen spouses, disruption or abandonment of their immigration benefits, that cannot be undone after the fact.

19. There is no administrative process through USCIS or ICE that Plaintiffs may use to protect themselves from arrest at the interview. Only judicial intervention can prevent these harms.

20. For the reasons stated above, I strongly believe that immediate injunctive relief is necessary to protect all three Plaintiffs from imminent and irreparable harm.

21. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on this 11th day of December, 2025, in Los Angeles, California

Marcelo Gondim (SBN 271302)
Gondim Law Corp.
1880 Century Park E, Suite 400
Los Angeles, CA 90067
Phone: (323) 282-7770
Email: Court@gondim-law.com

Counsel for Plaintiffs